App. Div.]        First Department, December, 1915.

Mervyn Wolff v. Noel Jourda De Vaux.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Irene de Courcey v. R. U. Delapenha Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

George S. Hayes v. American Bridge Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Valentine Kolb and Others v. Morton L. Mortimer and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J.; McLaughlin, Clarke, Scott and Smith, JJ.

James F. O'Brien v. The City of New York.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Raffaele Ruocco v. Joseph Gallick Contracting Company.— Motion granted; stay not to exceed thirty days from date. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Samuel Mayers v. Samuel J. Bloomingdale and Others.— Motion granted, without costs; trial stayed until hearing of appeal. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Annie Kuryan v. Theresa Weil and Another.— Motion for stay granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Elizabeth J. Warrin v. Edmondson Warrin.— Motion granted. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

John H. Kuder v. Arthur Mary.— Motion to vacate stay granted, unless defendant within five days gives an undertaking to pay the judgment of the Municipal Court if the order of the Appellate Term be affirmed. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

John H. Kuder v. Arthur Mary.— Application to appeal from Appellate Term granted. Order signed. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Usona Stamping Works v. Philip J. Wagner, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

First National Bank of Brownsville v. Lida M. Fleitman, as Administratrix, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

In the Matter of Nathan Kopf.— Application granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

In the Matter of Willis T. Gridley.— Referred to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.